IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ADJURE BAYNARD, | : |
| Plaintiff, | : |
| V. | : NO. 7:21-cv-00084-HL-TQL |
| Sheriff ASHLEY PAULK, *et al.*, | : |
| Defendants. | : |

**ORDER**

Plaintiff Adjure Baynard, a prisoner in the Coffee Correctional Facility in Nicholls, Georgia, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. Compl., ECF No. 1. Plaintiff also moved for leave to proceed *in forma pauperis*. Mot. for Leave to Proceed *In Forma Pauperis*, ECF No. 2; Prisoner Trust Fund Account Statement, ECF No. 6. Plaintiff's motion to proceed *in forma pauperis* was previously granted, and Plaintiff was ordered to pay an initial partial filing fee of $28.33. Order, ECF No. 11. Plaintiff was given twenty-one days to pay the initial partial filing fee and was cautioned that his failure to do so may result in the dismissal of this case. *Id.*

More than twenty-one days have passed since entry of the order to pay an initial partial filing fee, and Plaintiff has not paid the initial partial filing fee or otherwise responded to the order for him to do so.[1] Therefore, Plaintiff is now **ORDERED** to

---

[1] In the interim, Plaintiff sent a copy of a receipt showing his prison trust fund account balance. Prisoner Trust Fund Balance, ECF No. 12. It does not appear that Plaintiff filed this document in response to the order to pay the filing fee, and the document does not indicate that Plaintiff is unable to pay the fee as his account balance exceeds the amount of the initial partial filing fee that Plaintiff has been ordered to pay. *See id.*

**RESPOND and SHOW CAUSE** to the Court why this case should not be dismissed based on his failure to pay the initial partial filing fee. Plaintiff shall have **TWENTY-ONE (21) DAYS** from the date of this order to file his response. Plaintiff's failure to fully and timely respond may result in the dismissal of this action.

The undersigned notes that Plaintiff has been transferred at least twice since filing this case. Thus, it appears possible that Plaintiff may not have received the order to pay the initial partial filing fee. Accordingly, the Clerk is **DIRECTED** to forward Plaintiff a copy of that order (ECF No. 11). As an alternative to filing the response ordered above, Plaintiff may satisfy this order to show cause by paying the initial partial filing fee of $28.33 consistent with the previously entered order. As explained in that order, it is Plaintiff's responsibility to make arrangements with the appropriate prison official to pay the initial partial filing fee.

There shall be no service in this case pending further order of the Court.

**SO ORDERED and DIRECTED**, this 20th day of October, 2021.

s/ *Thomas Q. Langstaff*
United States Magistrate Judge